UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **LIKENESS DATA, LLC,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. A-23-CV-00560-ADA |
| **VIGILANT SOLUTIONS, INC., AND MOTOROLA SOLUTIONS, INC.,** | § | |
| Defendants. | § | |

### O R D E R

Given that the parties have stipulated to dismiss this action pursuant to Rule 41(a)(1)(A)(ii) (ECF No. 31), the Court instructs the Clerk of Court to **CLOSE** the case.

**SIGNED** this 30th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE